IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

MISC. CASE NO.: 7:25-mc-00001-M-BM

| | |
|---|---|
| In re:<br><br>APPLICATION OF NOVO NORDISK A/S, FOR *EX PARTE* ORDER PERMITTING DISCOVERY FOR USE IN FOREIGN PROCEEDINGS | ) <br> ) <br> ) **NOTICE OF SPECIAL** <br> ) **APPEARANCE OF** <br> ) **MARK P. GIMBEL** <br> ) <br> ) <br> ) |

    Pursuant to Local Civil Rule 83.1(e)(1), PLEASE TAKE NOTICE THAT the undersigned Mark P. Gimbel hereby enters a special appearance as attorney for Novo Nordisk A/S in the above-captioned matter, in association with Kelly Margolis Dagger, who is a member of the bar of this Court. I certify that I will submit any document to Ms. Dagger for review prior to filing the document with the Court.

    This the 20th day of May, 2025.

                                                       */s/ Mark P. Gimbel*
                                                   Mark P. Gimbel
                                                   N.Y. State Bar # 2998102
                                                   Covington & Burling LLP
                                                   620 Eighth Avenue
                                                   New York, NY 10018-1405
                                                   mgimbel@cov.com
                                                   Telephone: (212) 841-1161
                                                   Facsimile: (646) 441-9161

Kelly Margolis Dagger
N.C. State Bar No. 44329
ELLIS & WINTERS LLP
P.O. Box 33550
Raleigh, North Carolina 27636
kelly.dagger@elliswinters.com
Telephone: (919) 865-7000
Facsimile: (919) 865-7010

*Counsel for Applicant Novo Nordisk A/S*